UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN DEE DEVLIN,

        Plaintiff,

v.

B. OLSON, *et al.*,

        Defendants.

CASE NO. 3:20-CV-05029-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Devlin's proposed complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted. This dismissal constitutes a strike under 28 U.S.C. § 1915(g);

(3) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED** as moot; and

ORDER - 1

1      (4)    The Clerk shall enter **JUDGMENT** and close this case.

2      Dated this 21st day of October, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge